# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand and nineteen.

_____

Lincoln Junior Smith,

        Petitioner,

v.

Matthew G. Whitaker, Acting United States Attorney General,

        Respondent.

_____

**ORDER**

Docket No. 18-3190

    Petitioner, pro se, moves for leave to file a late reply in support of his motion for stay of removal. Respondent does not oppose the motion to file late.

    IT IS HEREBY ORDERED that the motion for leave to file a late reply is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court