BIA
Tsankov, IJ
A041 307 913

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of August, two thousand nineteen.

Present:
> Robert A. Katzmann,
> > *Chief Judge,*
> Rosemary S. Pooler,
> Michael H. Park,
> > *Circuit Judges*.

Lincoln Junior Smith,

> *Petitioner*,

v.      18-3190

William P. Barr, United States Attorney General,

> *Respondent*.

Petitioner, pro se, moves for in forma pauperis ("IFP") status and a stay of removal in connection with his petition for review of a decision of the Board of Immigration Appeals ("BIA"). Respondent opposes a stay of removal. Upon due consideration, it is hereby ORDERED that Petitioner's motions for IFP status and a stay of removal are GRANTED. It is further ORDERED that counsel shall be appointed from this Court's pro bono panel. Counsel is hereby instructed to brief, among any other issues, whether Petitioner's convictions are aggravated felonies that render him removable and ineligible for cancellation of removal, specifically, whether N.J. Stat. Ann. § 2C:35-7.1 is divisible and whether N.Y. Penal Law § 155.30(01) is broader than a theft offense under 8 U.S.C. § 1101(a)(43)(G). *See* 8 U.S.C. § 1229b(a)(3); *Hylton v. Sessions*, 897 F.3d 57, 59 (2d Cir. 2018); *Bastian-Mojica v. Sessions*, 716 F. App'x 45, 47 (2d Cir. 2017) (summary order).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

